IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN H. THORMAN, IV | * | |
| and | * | |
| ROY E. HONEYWELL | * | |
|     Plaintiffs/<br>    Counter-Defendants | * | Case No. WMN-00-838 |
| v. | * | |
| DANIEL M. HONEYWELL | * | |
|     Defendant/<br>    Counter-Plaintiff | * | |
| (Third-Party Complaint) | * | |
| v. | * | |
| PRECISION ENDOSCOPY OF<br>AMERICA, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE
### AND
### REPORT RE DEPOSITION HOURS

Defendant/Counter-Plaintiff, Daniel M. Honeywell, by his undersigned counsel, and Plaintiff/Counter-Defendants John H. Thormann, IV and Roy E. Honeywell, in accordance with the Scheduling Order issued in this case,:

1. Jointly request that the Court set an early settlement/ADR conference in this matter **during the week of June 12, 2000**;

2. Report that the number of estimated deposition hours for the Defendant/Counter-Plaintiff in this matter is 40 hours; and

87234 v. (08880.00001)

3.  Report that the number of estimated deposition hours for the Plaintiffs/Counter-Defendants in this matter is 40 hours.

Respectfully Submitted,

_____   _____
C. William Clark, Federal Bar No. 01380 *by authority*   Charles J. Morton, Jr. Federal Bar No. 08739
Nolan, Plumhoff & Williams   Nicole E. Ames Federal Bar No. 18715
Suite 700   Wright, Constable & Skeen, L.L.P.
Nottingham Centre   One Charles Center, 16th Floor
502 Washington Ave.   100 North Charles Street
Towson, Maryland 21204-4528   Baltimore, Maryland 21201
Phone (410) 823-7800   Phone (410) 659-1311
Fax (410) 296-2765   Fax (410) 659-1350

" APPROVED " THIS 14th DAY
OF April, 2000
_____
UNITED STATES DISTRICT JUDGE

87234 v. (08880.00001)                                    2